# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08cv183

| TROY COLEMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| WACHOVIA CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Certification of ADR Session. In such pleading, the mediator states that this action has been resolved and that a voluntary dismissal will be promptly filed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their voluntary dismissal not later than September 25, 2009.

Signed: August 28, 2009

Dennis L. Howell
United States Magistrate Judge

-1-