# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:08cv183

| | |
|---|---|
| TROY COLEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| WACHOVIA CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the Certification of ADR Session and the court's Order requiring that the parties file their voluntary dismissal not later than September 25, 2009. It appearing that such voluntary dismissal has not been filed, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that this matter is set for trial in Charlotte in Courtroom #1 beginning on November 30, 2009. A Final Pretrial Conference is calendared for November 12, 2009, at 9:30 a.m. in Asheville in Courtroom #2. Counsel for all parties shall attend and be prepared to exchange at that conference exhibit lists, witness lists, trial briefs, and proposed jury instructions. Counsel may comply with such exchange requirement through filing such materials through ECF

at least one day in advance of such Final Pretrial Conference.

The Clerk of this court is respectfully instructed to send to respective counsel a calendar reflecting such scheduling of the Final Pretrial Conference and Trial.

Signed: October 5, 2009

Dennis L. Howell
United States Magistrate Judge