# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08cv183

| TROY COLEMAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| WACHOVIA CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the Stipulation of Voluntary Dismissal with Prejudice. It appearing that such voluntary dismissal has now been filed, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that this matter is **REMOVED** from the November 30, 2009, Charlotte Trial Calendar and the Final Pretrial Conference Calender for November 12, 2009.

The Clerk of this Court is respectfully directed to terminate this action.

Signed: October 7, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge